JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE ARTHUR STATEN,<br><br>　　Petitioner,<br><br>　　v.<br><br>RON DAVIS,<br>Warden of the California State Prison at San Quentin,<br><br>　　Respondent. | CASE NO. CV 01-09178 MWF<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　The Court having denied all of Petitioner Deondre Arthur Staten's claims, and pursuant to Rules 54(a) and 58(a) of the Federal Rules of Civil Procedure,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Respondent Ron Davis, Warden, and against Petitioner Deondre Arthur Staten, that the First Amended Petition for Writ of Habeas Corpus be DENIED, and that the action be DISMISSED with prejudice.

　　Dated: October 2, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge